





**THE CITY OF NEW YORK**

MICHAEL A. CARDOZO
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

David M. Pollack
*Assistant Corporation Counsel*
*Special Federal Litigation Division*
Tel.: (212) 788-1894
Fax: (212) 788-9776

October 29, 2007

*So ordered.*
*10-30-07*
*[signature]*

By Facsimile Transmission
(212) 805-7942
Honorable Alvin K. Hellerstein
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Wifredo Torres v. City of New York, et al., 07 CV 7100 (AKH)

Dear Judge Hellerstein:

I am the Assistant Corporation Counsel handling the defense of this action on behalf of Defendant City of New York. I am writing pursuant to the Order of this Court entered on August 28, 2007 to report on the status of this case and to respectfully request a forty- five day enlargement of time from service on defendants within which this office may answer or otherwise respond to the complaint. Despite two separate requests for CPL §160.50 releases none have been received from plaintiff's counsel, Rudy Velez, Esq., to date. In addition, none of the named officers have been served with the complaint filed in this action. I have provided Mr. Velez with the following address for the named officers: Manhattan North Narcotics, 2867 Frederick Douglas Boulevard, New York, NY 10039.

The complaint alleges, *inter alia,* that plaintiff was subjected to false arrest/imprisonment and malicious prosecution. In addition to the City of New York, plaintiff purports to name Detectives Victor Lebron, Francisco Flores and John Hourican as defendants, as well as other unknown John/Jane Does. Naturally, we will be representing the City of New York. In view of the foregoing, it is respectfully requested that the Court grant the within request extending the City's time to answer or otherwise respond to the complaint until

forty- five days following service upon the named officers and production of the requested CPL§160.50 release.

Respectfully submitted,

David M. Pollack (DMP 3873)
Assistant Corporation Counsel

cc:    By Facsimile Transmission
        (718) 993-3064
        Rudy Velez, Esq.
        Law Office of Rudy Velez
        930 Grand Concourse, Suite 1A
        Bronx, New York 10451