

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08
```

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**David M. Pollack**
*Assistant Corporation Counsel*
*Special Federal Litigation Division*
Tel.: (212) 788-1894
Fax: (212) 788-9776

May 9, 2008

By Facsimile Transmission
(212) 805-7942
Honorable Alvin K. Hellerstein
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

Alvin K. Hellerstein, U.S.D.J.
Date: 5/9/08

Re: Wifredo Torres v. City of New York, et al., 07 CV 7100 (AKH)

Dear Judge Hellerstein:

I am the Assistant Corporation Counsel handling the defense of this action on behalf of Defendant City of New York. I wish to report that the parties have reached a settlement and are in the process of completing the settlement documentation which will be filed with the Court shortly. We thank the Court for its assistance in concluding this case.

Respectfully submitted,

David M. Pollack (DMP 3873)
Assistant Corporation Counsel

cc: By Facsimile Transmision
(718) 993-3064
Rudy Velez, Esq.
Law Office of Rudy Velez
930 Grand Concourse, Suite 1A
Bronx, New York 10451