UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

WILFREDO TORRES,

                                        Plaintiff,

                -against-

THE CITY OF NEW YORK(CITY); THE NEW YORK
CITY POLICE DEPARTMENT(NYPD); individually and
in their official capacity as NARCOTIC BORO
MANHATTAN NORTH DETECTIVE VICTOR
LEBRON SH#02603, DETECTIVE FRANCISCO
FLORES, DET. JOHN HOURICAN NEW YORK CITY
POLICE OFFICERS and John Doe Police Officers,

                                        Defendants.

------------------------------------------------------------------ X

**STIPULATION AND
ORDER OF
SETTLEMENT AND
DISCONTINUANCE**

07CV7100 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/08

        **WHEREAS,** plaintiff commenced this action by filing a complaint on or about

August 9, 2007, alleging that defendants violated his constitutional rights; and

        **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's

allegations; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this litigation,

without further proceedings and without admitting any fault or liability;

        **WHEREAS,** plaintiff has authorized his counsel to settle this matter on the terms

set forth below;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by

and between the undersigned, as follows:

        1.      The above-referenced action is hereby dismissed with prejudice, and

without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

        2.      The City of New York hereby agrees to pay plaintiff the total sum of

FORTY-FIVE THOUSAND DOLLARS ($45,000.00) in full satisfaction of all claims, including

claims for costs, expenses and attorney fees. In consideration for the payment of this sum,

plaintiff agrees to dismissal of all the claims against the City of New York and to release the

individually named defendants Victor Lebron, Francisco Flores and John Hourican and any

present or former employees or agents of the City of New York, from any and all liability,

claims, or rights of action that have or could have been alleged by plaintiff in this action arising

from and contained in the complaint in this action, including claims for costs, expenses and

attorney fees.

      3.    Plaintiff shall execute and deliver to defendants' attorney all documents

necessary to effect this settlement, including, without limitation, a general release based on the

terms of paragraph "2" above and an Affidavit of No Liens.

      4.    Nothing contained herein shall be deemed to be an admission by the City

of New York that it has in any manner or way violated plaintiff's rights, or the rights of any other

person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the

United States, the State of New York, or the City of New York or any other rules, regulations or

bylaws of any department or subdivision of the City of New York. This stipulation shall not be

admissible in, nor is it related to, any other litigation or settlement negotiations.

      5.    Nothing contained herein shall be deemed to constitute a policy or practice

of the City of New York or any agency thereof.

      6.    This Stipulation and Order contains all the terms and conditions agreed

upon by the parties hereto, and no oral agreement entered into at any time nor any written

agreement entered into prior to the execution of this Stipulation and Order regarding the subject

matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary

the terms and conditions contained herein.


Dated: New York, New York
     May 8 , 2008


Rudy Valez, Esq.
Law Office of Rudy Valez
930 Grand Concourse, Suite 1A
Bronx, New York 10451
Attorney for Plaintiff Wilfredo Torres
(718) 993-3062

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Defendants City of New York,
Victor Lebron, Francisco Flores & John
Hourican
100 Church Street
New York, N.Y. 10007
(212) 788-1894


By: _____
    Rudy Valez (RV 7/60)

By: _____
    David M. Pollack (DP 3873)
    Assistant Corporation Counsel


SO ORDERED: 5/9/08
_____
    U.S.D.J.


- 3 -